NO. 07-01-0448-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



MAY 22, 2002


______________________________



LUREANER OULARE
,




 Appellant


v.



STATE OF TEXAS, 




 Appellee

_________________________________



FROM THE COUNTY COURT AT LAW NO. 1 OF POTTER COUNTY COUNTY;



NO. 95,498-1; HON. W.F. CORKY ROBERTS, PRESIDING


_______________________________



Before BOYD, C.J., QUINN and REAVIS, J.J.

 Appellant Lureaner Oulare appeals her conviction of resisting arrest, search or
transportation. Her sole issue is identical to that raised in Lureaner Oulare v. State, No.
07-01-0404-CR, pending in this court. We overrule it for the same reasons stated in our
opinion issued this day in Lureaner Oulare v. State, No. 07-01-0404-CR. That is,
appellant waived the issue. 

 Accordingly, the judgment of the trial court is affirmed. 


 Brian Quinn 

 Justice

Do not publish.



r rehearing will be entertained, and our mandate will issue
forthwith.

 Brian Quinn 

 Justice

Do not publish.